E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TEH

C 07 4523

| | |
|---|---|
| PEOPLE OF THE STATE Plaintiff, of CALIFORNIA vs. CAYETANO LARA Defendant. | CASE NO. _____<br><br>PRISONER'S<br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS<br><br>(PR) |

I, CAYETANO LARA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I DON'T RECALL

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment    Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?    Yes ___ No ✓

    c. Rent payments?    Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?    Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?    Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married?    Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:$ _____

```
 1          b.      List the persons other than your spouse who are dependent upon you for
 2                  support and indicate how much you contribute toward their support. (NOTE:
 3                  For minor children, list only their initials and ages. DO NOT INCLUDE
 4                  THEIR NAMES.).
 5          _____
 6          _____
 7     5.   Do you own or are you buying a home?        Yes ____ No __✓__
 8     Estimated Market Value: $_____ Amount of Mortgage: $_____
 9     6.   Do you own an automobile?                   Yes ____ No __✓__
10     Make _____ Year _____ Model _____
11     Is it financed? Yes _____ No _____ If so, Total due: $ _____
12     Monthly Payment: $ _____
13     7.   Do you have a bank account?  Yes _____ No __✓__ (Do not include account numbers.)
14     Name(s) and address(es) of bank: _____
15     _____
16     Present balance(s): $ _____
17     Do you own any cash?  Yes ____ No ____ Amount: $ _____
18     Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19     market value.)   Yes ____ No ____
20     _____
21     8.   What are your monthly expenses?
22     Rent: $ _____ Utilities: _____
23     Food: $ _____ Clothing: _____
24     Charge Accounts:
25     Name of Account           Monthly Payment           Total Owed on This Acct.
26     _____           $ _____          $ _____
27     _____           $ _____          $ _____
28     _____           $ _____          $ _____
```

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

01/24/08                             Cayetano Lara
DATE                                 SIGNATURE OF APPLICANT

Case Number: C-07-4523

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of CAYETANO LARIA for the last six months
[prisoner name]
CORCORAN STATE PRISON - (Corcoran) where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ -0- and the average balance in the prisoner's account each month for the most recent 6-month period was $ -0- .

Dated: 1/28/08    D. Glear AC II
[Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                          REPORT DATE: 01/28/08
                                                                PAGE NO:       1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIF. STATE PRISON CORCORAN
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 28, 2008

ACCOUNT NUMBER : V22918                      BED/CELL NUMBER: 3C03000000000241U
ACCOUNT NAME   : LARA, CAYETANO TRANCOSO     ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                             CURRENT HOLDS IN EFFECT

   DATE       HOLD
   PLACED     CODE        DESCRIPTION              COMMENT        HOLD AMOUNT
   ------     ----     -------------------       ----------       -----------
   04/04/2007 H104     DAMAGES HOLD              2999/PANTS            13.25
   01/10/2008 H118     LEGAL COPIES HOLD         2457/01-09            21.60
   01/15/2008 H109     LEGAL POSTAGE HOLD        2523/01-11             3.00
   01/15/2008 H109     LEGAL POSTAGE HOLD        2523/01-11             4.90


                              TRUST ACCOUNT SUMMARY

   BEGINNING     TOTAL         TOTAL         CURRENT      HOLDS       TRANSACTIONS
   BALANCE       DEPOSITS      WITHDRAWALS   BALANCE      BALANCE     TO BE POSTED
   ---------     --------      -----------   -------      -------     ------------
      0.00         0.00           0.00         0.00       42.75           0.00


                                                     CURRENT
                                                    AVAILABLE
                                                     BALANCE
                                                    ---------
                                                       42.75-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01/28/2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ AC II
    TRUST OFFICE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.   Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.   Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)