UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CAYETANO LARA,

        Plaintiff,

  v.

ADAMS et al,

        Defendant.

Case Number: CV07-04523 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cayetano T. Lara #V-22918
California State Prison-Corcoran
3C03-241-L
P.O. Box 3471
Corcoran, CA 93212-3471

Dated: March 26, 2008

                                      Richard W. Wieking, Clerk
                                      By: Frank Justiliano, Deputy Clerk