1  Cayetano T. Lara
2      V-22918
3
4           United States Supreme Court
5
6  Cayetano T. Lara              Case No. C-07-4523 TEH
7      Petitioner
8      v                         Motion for Request
9  Adams - Warden                for an Appointed
10     Respondent                Counsel
11
12
13   Petitioner respectfully requests to this court
14  an Appointed Counsel at Public expenses: See 18 U.S.C
15  § 300(a)(3). This request is based upon the complex
16  of Petitioners case. Dillon vs United States (307 F.2d
17  445 (9th cir. 1983). Petitioner has no knowledge of
18  the Legal System.
19    Petitioner is also requesting that this Court Grant
20  this Motion for Appointed Counsel, so that Counsel could
21  prepair Petitioners Traverse as requested by this
22  Honorable Court as Petitioner has no Legal knowledge.
23
24    Petitioner has been requested to present a reason
25  why he should be Granted an Appointed Counsel, and
26  to file a Traverse on why this Court should Grant
27  Petitioners Habeas Corpus Petition.
28    Petitioner show of cause why he should be

FILED
08 APR 21 PM 2:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. Granted an Appointed Counsel in this case is as follow:
   1. Petitioner is a Citizen of Mexico
   2. Petitioner only Speaks Spanish
   3. Petitioner doesn't read or write neither, English or Spanish
   4. Petitioner doesn't have any knowledge of the Legal System.

To comply with the request of this Honorable Court, to file a Trouerse in this case, Petitioner is unable to respond as requested by this Court. Petitioner doesn't have any Legal Skills, and Petitioner doesn't have anyone to help him with his Legal Proceedings.

For this reason, the appellant is asking, respectfully for this Court to Grant this Petition.

Dated: April 16-2008

*Cayetano Lara*
Respectfully Submitted
Cayetano T. Lara

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF KINGS

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. 1746)

I, _Cayetano T. Lara_ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE _Petitioner_ IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _____ DAY OF _April 16_, 2008 AT CORCORAN, CALIFORNIA.

(SIGNATURE) _Cayetano Lara_
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I _George H. Valdez_ AM A RESIDENT OF _Corcoran State Prison_ STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / _Not_ A PARTY OF THE ABOVE INTITLED ACTION. MY _Actual_ ADDRESS IS P.O. BOX 3471, CORCORAN, CA. 93212.

ON _April 16_, 2008 IS SERVED THE FOREGOING.

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CORCORAN STATE PRISON.

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California
94102

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _April 16_, 2008

(DECLARANT/PRISONER)