EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JULIET B. HALEY, State Bar No. 162823
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5960
 Fax:  (415) 703-1234
 Email:  Juliet.Haley@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **CAYETANO T. LARA,** | C 07-04523 TEH (PR) |
| Petitioner, | **MOTION TO TRANSFER VENUE TO DISTRICT OF CONVICTION** |
| **v.** | |
| **ADAMS, Warden,** | |
| Respondent. | |

Pursuant to Habeas L.R. 2254-3, Respondent hereby asks this Court to transfer the above-entitled habeas corpus action to the Eastern District of California.

According to the petition, petitioner was convicted of burglary and forcible rape and was sentenced to twenty-five years to life by the Fresno Superior Court.  He is currently incarcerated at Corcoran State Prison.

The petition challenges the lawfulness of the conviction pursuant to 28 U.S.C. § 2254. The Northern District of California is the wrong venue for such an action.  *See* Habeas L.R. 2254-3(a)(1) (listing counties of conviction for which Northern District venue is proper).  If a habeas petition is filed in the wrong district, venue "shall" be transferred to "the district of conviction or

Motion to Transfer Venue to District of Conviction - *Lara v. Adams* - C 07-04523 TEH (PR)

1  sentencing." Habeas L.R. 2254-(b)(1).  Accordingly, we ask this Court to vacate the Order to Show

2  Cause and transfer the case to the Eastern District of California for assignment.

3        Dated:  April 23, 2008

4                    Respectfully submitted,

5                    EDMUND G. BROWN JR.
                     Attorney General of the State of California

6                    DANE R. GILLETTE
                     Chief Assistant Attorney General
7
                     GERALD A. ENGLER
8                    Senior Assistant Attorney General

9                    PEGGY S. RUFFRA
                     Supervising Deputy Attorney General

10

11                    /s/ Juliet B. Haley

12                    JULIET B. HALEY
                      Deputy Attorney General
13                    Attorneys for Respondent

14

15  40245067.wpd
    SF2008401187
16

17

18

19

20

21

22

23

24

25

26

27

28

Motion to Transfer Venue to District of Conviction - *Lara v. Adams* - C 07-04523 TEH (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Cayetano T. Lara v. Adams, Warden**

No.:   **C 07-04523 TEH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 23, 2008</u>, I served the attached

### MOTION TO TRANSFER VENUE TO DISTRICT OF CONVICTION

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

**Cayetano T. Lara**
**#V-22918**
**California State Prison-Corcoran**
**3C03-241-UP**
**P.O. Box 3471**
**Corcoran, CA 93212-3471**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 23, 2008, at San Francisco, California.

| | |
|---|---|
| J. Wong | _J Wong_ |
| Declarant | Signature |

40245083.wpd