**COPY**

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 15, 2008



Via Certified Mail

United States District Court
Eastern District of California
Office of the Clerk
501 "I" Street, Room 4-200
Sacramento, California 95814

**RE: CAYETANO T. LARA -v- ADAMS, Warden, Case No. C-07-4523-TEH (PR)**

Dear Clerk,

Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

**RECEIVED**

MAY 2 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

Sincerely,
RICHARD W. WIEKING, Clerk

by: Thelma Nudo
    Deputy Clerk

1:08-CV-00706-OWW-GSA-HC

Enclosures
Copies to counsel of record